UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                           Case No. 25-41843

MAKE IT HAPPEN AFFORDABLE HOMES LLC,        Chapter 11

                                                                              Judge Thomas J. Tucker

              Debtor.
_____/

**ORDER DISMISSING CASE**

         On February 26, 2025, Yvonne Cross, who is not an attorney, signed and filed a voluntary petition for relief under Chapter 11 on behalf of the Debtor. The Debtor's name indicates that it is a limited liability company, and line 6 of the petition says that the Debtor is a corporation. No attorney signed the bankruptcy petition.

         The bankruptcy petition was not validly filed. A corporate officer or other individual other than an attorney may not represent a corporation in a federal court. "[A] corporation cannot appear otherwise than through an attorney." *United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969). And a corporation may not file a bankruptcy petition except through an attorney. *See In re Dick Tracy Insurance Agency, Inc.*, 204 B.R. 39, 39 (Bankr. W.D. Mo. 1997) ("There is no dispute that a corporation must be represented by counsel in a bankruptcy proceeding and may not file a petition *pro se*.") Although a "[limited liability company] is 'a hybrid form of business organization that combines the corporate characteristics of limited liability for its owners with the . . . taxation and operating flexibility of a partnership[,]' . . . an LLC should be governed (at least on [the issue of whether "'it may appear in the federal courts only through licensed counsel'"]) by the same rule that applies to both corporations and partnerships." *Kipp v. Royal & Sun Alliance Personal Ins. Co.*, 209 F. Supp. 2d 962, 962-63

(E.D. Wis. 2002). Therefore, an LLC "may only appear in court through counsel." *Id.*

Because no valid bankruptcy petition was filed, this bankruptcy case must be dismissed. Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on February 26, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**